**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**
**BENTON DIVISION**

| | | |
|---|---|---|
| ARRIE ALLEN, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | Case No. 3:18-cv-781 |
| | ) | |
| CITY OF MARION, ILLINOIS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF ARRIE ALLEN'S MOTION FOR APPOINTMENT OF NEXT FRIEND**
**FOR A.A., A.A. AND A.A., MINORS**

COMES NOW Plaintiff Arrie Allen, by and through her attorney, pursuant to Rule 17(c)(2)

of the Federal Rules of Civil Procedure and for her Motion for Appointment of Next Friend for

A.A., A.A. and A.A., Minors, states to this Court the following:

1. Plaintiff Arrie Allen gave birth to A.A., A.A. and A.A. and is their natural mother.

2. Plaintiff Arrie Allen has sole legal and physical custody of A.A., A.A. and A.A.

3. Minors A.A., A.A. and A.A. respective ages are 6, 4 and 1.

WHEREFORE, for the foregoing reasons, Plaintiff Arrie Allen prays for an Order of this

Court Appointing her in this action as Next Friend to A.A., A.A. and A.A.

Respectfully submitted,

SCHOTTEL & ASSOCIATES, P.C.

BY: s/*James W. Schottel, Jr.*
     James W. Schottel, Jr.   #51285MO
     906 Olive St., PH
     St. Louis, MO 63101
     (314) 421-0350
     (314) 421-4060 facsimile
     jwsj@schotteljustice.com

     Attorney for Plaintiffs
     Arrie Allen
     A.A.
     A.A.
     A.A.