# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

ARRIE ALLEN,

    Plaintiff,

v.

CITY OF MARION, ILLINOIS, *et al.*,

    Defendants.

Case No. 3:18-cv-00781-JPG-DGW

## MEMORANDUM AND ORDER

**J. PHIL GILBERT, DISTRICT JUDGE**

The plaintiff has accepted the defendants' offer of judgment pursuant to Federal Rule of Civil Procedure 68(a). (ECF Nos. 37–42.) The Court accordingly **DIRECTS** the Clerk of Court to enter judgment in favor of the plaintiff for $3,000 plus taxable court costs and reasonable attorney's fees incurred to date, for all of Plaintiff Arrie Allen's claims for relief. The Court further **DIRECTS** the Clerk of Court to strike ECF Nos. 30–35 as duplicative.

**IT IS SO ORDERED.**

**DATED: NOVEMBER 6, 2018**

                                            *s/ J. Phil Gilbert*
                                            **J. PHIL GILBERT**
                                            **DISTRICT JUDGE**