UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

ARRIE ALLEN,

    Plaintiff,

v.

CITY OF MARION, ILLINOIS, *et al.*,

    Defendants.

Case No. 3:18-cv-00781-JPG-DGW

## JUDGMENT

**IT IS HEREBY ORDERED AND ADJUDGED** that judgment is entered in favor of the plaintiff and against the defendants in the amount of $3,000 plus taxable court costs and reasonable attorney's fees incurred to date, for all of Plaintiff Arrie Allen's claims for relief.

DATED: November 6, 2018

                                            **MARGARET M. ROBERTIE,**
                                            **Clerk of Court**

                                            **BY:**  s/Tina Gray
                                                          **Deputy Clerk**

**Approved:**
**s/J. Phil Gilbert**
**J. Phil Gilbert**
**U.S. District Judge**