**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| ARRIE ALLEN, A.A., a minor, by and through her Next Friend, A.A., a minor, by and through her Next Friend, A.A., a minor, by and through her Next Friend,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF MARION, ILLINOIS, *et al.*,<br><br>Defendants. | Case No. 3:18-cv-00781-JPG-DGW |

## JUDGMENT

**IT IS HEREBY ORDERED AND ADJUDGED** that judgment is entered in favor of Plaintiff A.A. (#1), a minor, and against the defendants in the amount of $4,000 plus taxable court costs and reasonable attorney's fees incurred to date, for all of Plaintiff A.A.'s (#1), a minor, by and through her Next Fried Arrie Allen, claims for relief.

DATED: November 7, 2018

                                                **MARGARET M. ROBERTIE,
Clerk of Court**

                                                BY: __s/Tina Gray__
                                                          Deputy Clerk

**Approved:
s/ *J. Phil Gilbert*
J. Phil Gilbert
U.S. District Judge**

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ARRIE ALLEN, A.A., a minor, by and through her Next Friend, A.A., a minor, by and through her Next Friend, A.A., a minor, by and through her Next Friend,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF MARION, ILLINOIS, *et al.*,<br><br>Defendants. | Case No. 3:18-cv-00781-JPG-DGW |

## JUDGMENT

**IT IS HEREBY ORDERED AND ADJUDGED** that judgment is entered in favor of Plaintiff A.A. (#2), a minor, and against the defendants in the amount of $4,000 plus taxable court costs and reasonable attorney's fees incurred to date, for all of Plaintiff A.A.'s (#2), a minor, by and through her Next Fried Arrie Allen, claims for relief.

DATED: November 7, 2018

               **MARGARET M. ROBERTIE,**
               **Clerk of Court**

               **BY:**  s/Tina Gray
                  **Deputy Clerk**

**Approved:**
**s/ *J. Phil Gilbert***
**J. Phil Gilbert**
**U.S. District Judge**

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ARRIE ALLEN, A.A., a minor, by and through her Next Friend, A.A., a minor, by and through her Next Friend, A.A., a minor, by and through her Next Friend,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF MARION, ILLINOIS, *et al.*,<br><br>Defendants. | Case No. 3:18-cv-00781-JPG-DGW |

## JUDGMENT

**IT IS HEREBY ORDERED AND ADJUDGED** that judgment is entered in favor of Plaintiff A.A. (#3), a minor, and against the defendants in the amount of $4,000 plus taxable court costs and reasonable attorney's fees incurred to date, for all of Plaintiff A.A.'s (#3), a minor, by and through her Next Fried Arrie Allen, claims for relief.

DATED: November 7, 2018

                                              **MARGARET M. ROBERTIE,**
                                              **Clerk of Court**

                                              **BY:**   s/Tina Gray
                                                            **Deputy Clerk**

**Approved:**
**s/** *J. Phil Gilbert*
**J. Phil Gilbert**
**U.S. District Judge**